No. 509. BRUNTON, EXECUTRIX, v. BURNET, COMMISSIONER OF INTERNAL REVENUE. December 1, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Minor Moore* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, A. H. Conner, W. Marvin Smith, Clarence M. Charest,* and *J. K. Polk* for respondent.

No. 514. WALLER ET AL. v. BURNET, COMMISSIONER OF INTERNAL REVENUE; and

No. 515. BEENE ET AL. v. SAME. December 1, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Fred R. Angevine* and *John H. Tucker, Jr.,* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, John G. Remey,* and *W. Marvin Smith* for respondent. Reported below: 40 F. (2d) 892, 893.

No. 518. COMMERCIAL BANK OF SCOTLAND v. McMILLAN, HAZEN & CO. ET AL. December 1, 1930. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Messrs. James J. Lynch* and *James B. Sizer* for petitioner. *Mr. Vaughn Miller* for respondents.

No. 523. COMMISSIONER OF INTERNAL REVENUE v. J. ROGERS FLANNERY & CO.;

No. 524. SAME v. FLANNERY BOLT CO.; and

No. 525. SAME v. VANADIUM METALS CO. December 1, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Solicitor Gen-*